MICHAEL TRACEY, as Administrator, etc., Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Argued October 12, 1886; decided October 26, 1886.)

*Amasa J. Parker* for appellant.

*Hamilton Harris* for respondent.

Agree to affirm ; no opinion.
All concur, except RUGER, Ch. J., and DANFORTH, J., dissenting.

Judgment affirmed.